STATE OF NEW JERSEY v. CLAUDE WALKER.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES GUY BOYD, JR.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MICK, JR.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE GORDON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY T. JAMES.

April 28, 1987.

Petition for certification denied.